# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVIN K. S., <br>           Plaintiff, <br>     v. <br> ANDREW M. SAUL, Commissioner of Social Security, <br>           Defendant. | Case No. ED CV 18-02676-RAO <br><br> **JUDGMENT** |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED: October 9, 2019

                                        ROZELLA A. OLIVER <br>
                                        UNITED STATES MAGISTRATE JUDGE